OFFICE OF THE CLERK<br>
**UNITED STATES DISTRICT COURT**<br>
DISTRICT OF DELAWARE

Peter T. Dalleo                            LOCKBOX 18
CLERK                                     844 KING STREET
                                       U.S. COURTHOUSE
                                       WILMINGTON, DELAWARE 19801
                                       (302) 573-6170

March 30, 2007

Stacie Foster
Yarmuth Wilson Calfo
925 Fourth Ave, Ste 2500
Seattle, WA 98104

       RE:    L G Philips LCD Co., LTD v. Tatung Company et al
                 07cv180 JJF

Dear Counsel:

The above referenced action was filed in this district on 3/26/07.

Pursuant to Local Rule 83.5(d) of Civil Practice for the United States District Court for the District of Delaware, it is required that all parties associate themselves with local counsel. Local Rule 83.5(d) reads as follows:

" An attorney not admitted to practice by the Supreme Court of Delaware may not be admitted <u>pro hac vice</u> in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business, upon whom all notices, orders, pleadings and other papers filed in the cases shall be served and who shall be required to sign all papers filed with the Court, where the signature of an attorney is required, and attend before the Court, Clerk, United States Magistrate, Bankruptcy Judge, Auditors, Trustees, Receivers, or other officers of the Court. "

Please have your local counsel enter an appearance by 5/3/07.

                                 Sincerely,

                                 Peter T. Dalleo
                                 Clerk of Court

                                By: <u>/s/ Elizabeth Strickler</u>
                                    Deputy Clerk