

222 Delaware Avenue • Suite 900

P.O. Box 25130 • Wilmington, DE • 19899

Zip Code For Deliveries 19801

(302) 429-4208
rkirk@bayardlaw.com

ELECTRONICALLY FILED
ORIGINAL BY HAND

February 1, 2008

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Wilmington, DE 19801

  Re: *LG.Philips LCD Co., Ltd. v. Tatung Company, et al.*
    Case Nos. 07-180-JJF, 07-183-JJF and 07-184-JJF

Dear Judge Farnan:

  By orders dated February 4, 2008 (D.I. 18 in 07-180, D.I. 21 in 07-183, and D.I. 25 in 07-184), the Court requested status reports in these cases regarding what impact, if any, the dismissals in C.A. No. 05-292-JJF and C.A. No. 04-343-JJF had on the captioned cases. The captioned cases arose during and as a result of discovery disputes in C.A. No. 04-343-JJF.

  We write on behalf of Plaintiff LG.Philips LCD Co., Ltd. ("LG.Philips"). We have conferred with counsel for Tatung Company. In view of the dismissal of C.A. No. 04-343-JJF, we believe these cases may be terminated. Accordingly, I have today filed Notices of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) in each of these cases (D.I. 19 in 07-180, D.I. 22 in 07-183, and D.I. 26 in 07-184).

  If the Court has any questions, counsel would be pleased to respond.

           Respectfully submitted,

           Richard D. Kirk (rk0922)

cc: Counsel as shown on the attached certificate



## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on February 15, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

The undersigned counsel further certifies that, on February 15, 2008, copies of the foregoing document were sent by email and by hand to the above counsel and were sent by email and by U.S. Mail to the following non-registered participants:

Valerie Ho, Esq.
Mark H. Krietzman, Esq.
Frank C. Merideth, Jr., Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

571447-1